LYDIA M. CLARK, v. PASQUAL NIGRO. (Civil No. 200.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise.

Geo. G. Berry, for Lydia M. Clark.

William Herring, for Pasqual Nigro.

April 28, 1887. Dismissed.

---

M. E. CLARK, Respondent, v. ALEXANDER WRIGHT et al., Appellants. (Civil No. 201.)

APPEAL from the District Court of the Second Judicial District in and for the County of Cochise.

James Reilly, for Appellants.

G. Gordon Adam, for Respondent.

April 30, 1887. Dismissed.

---

JAMES REILLY v. M. E. CLARK. (Civil No. 198.)

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. .

James Reilly, *in persona.*

Geo. G. Berry, for M. E. Clark.

April 30, 1887. Dismissed.

---

NANCY BLAND et al., Respondents, v. JOHN CHART et al., Appellants. (Civil No. 192.)

APPEAL from the District Court of the Third Judicial District in and for the County of Yavapai.